# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

February 13, 2024

*Via ECF*
The Honorable Jesse M. Furman
United States Magistrate Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Venning v. Primark US Corp. Case No. 1:23-cv-10176-JMF*

Dear Judge Furman:

As the Court is aware, this firm represents the Plaintiff Travis Venning in the above referenced matter. We write, with Defendant's consent, to request an adjournment of the initial pretrial conference with the Court currently scheduled for February 21, 2024 at 9:00 a.m. This is the first request for an adjournment of the initial pretrial conference by any party in this matter. The reason for the extension is two-fold. First, Plaintiff's counsel will be on vacation at the scheduled time of the conference. Second, Defendant is in the process of changing firms for their representation. It is outgoing counsel who gave his consent for this adjournment and asked that we request three weeks for a new date for the initial pretrial conference so that they have time to facilitate the transfer of the file to incoming counsel. The only related current deadline is the deadline for the joint letter that is to be filed in accordance with Your Honor's Individual Rules on the Thursday prior to the scheduled initial pretrial conference.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____/s/_____
Michael J. Borrelli, Esq.
*For the Firm*

To: All Counsel *via* ECF

Application GRANTED.  The initial pretrial conference currently scheduled for February 21, 2024 is hereby ADJOURNED to **March 13, 2024**, at **9:00 a.m.**  The Clerk is directed to terminate ECF No. 21.

SO ORDERED.

February 14, 2024