UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
TRAVIS VENNING, *on behalf of himself, individually,* :
*and on behalf of all others similarly situated,* :
: 23-CV-10176 (JMF)
:
                            Plaintiff, :
: <u>ORDER</u>
         -v- :
:
PRIMARK US CORP., :
:
                           Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 29, 2024, Defendant filed a motion for judgment on the pleadings under Rule 12(c) of the Federal Rules of Civil Procedure. Under Rule 15(a)(2), a plaintiff may amend a complaint with the court's leave, which should be freely given when justice so requires.

      Accordingly, it is hereby ORDERED that Plaintiff is granted leave to amend and shall file any amended complaint by **April 19, 2024**. Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion.

      If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion under Rule 12; or (3) file a letter on ECF stating that it relies on its previously filed answer and motion for judgment on the pleadings. If Defendant files an answer or a new motion, the Court will deny the previously filed motion for judgment on the pleadings as moot. If Defendant files a new motion or indicates that it relies on its previously filed motion for judgment on the pleadings, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

      If no amended complaint is filed, Plaintiff shall file any opposition to Defendant's motion for judgment on the pleadings by **April 19, 2024**. Defendant's reply, if any, shall be filed by **April 26, 2024**.

      SO ORDERED.

Dated: April 1, 2024
      New York, New York
                                                           JESSE M. FURMAN
                                                         United States District Judge